## United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

IN RE: Kurt S Mathiasson ) Chapter 13
Esperanza M Mathiasson ) Case No. 19 B 08280
Debtor(s) ) Judge Timothy A Barnes

## Notice of Motion

Kurt S Mathiasson
Esperanza M Mathiasson
6605 N Talman Apt 2
Chicago, IL 60645

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On May 30, 2019 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, May 23, 2019.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 03/22/2019.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to address the proof of claim filed by the Internal Revenue Service regarding unfiled tax returns for tax year(s) 2018.

4. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

5. The debtor failed to amend schedule E to list 2018 taxes owed.

6. The debtor failed to provide proof of food and transportation expenses.

7. The debtor failed to amend the plan to use the preferred Trustee's tax return/refund language in part 2.3.

8. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312) 431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE