IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | )     **Chapter 13** |
| KURT S. AND ESPERANZA M. | )     **Case No. 19-08280** |
| MATHIASSON, | )     **Judge: BARNES** |
| | ) |
| Debtor(s). | ) |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached service list

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Extend Time for Debtor to File Claim on Behalf of Creditor**, at which time and place you may appear.

> JUDGE:    BARNES
> ROOM:    744
> DATE:    September 12, 2019
> TIME:    9:30 AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: <u>August 14, 2019</u>        <u>/s/ Christine H. Clar</u>
                                                     Christine H. Clar, A.R.D.C. #6202332
                                                     Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Kurt and Esperanza Mathiasson
6605 N. Talman, Apt. 2
Chicago, IL 60645

Access Community Health Network
8496 Solution Center
Chicago, IL 60677-8004

Northshore Pathology Consultants
P.O. Box 1509
Elgin, IL 60121-1509

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Illinois Tollway
P.O. Box 5544
Chicago, IL 60680

City of Chicago, Dept. of Finance
c/o Arnold Scott Harris
111 W. Jackson Blvd., Ste. 600
Chicago, IL 60604

Capital One Bank
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Commonwealth Edison
Bankruptcy Dept.
1919 Swift Drive
Oak Brook, IL 60523

Zalutsky & Pinski
111 W. Washington St., Ste. 1550
Chicago, IL 60602

US Dept. of Education
Claims Filing Unit
P.O. Box 8973
Madison, WI 53708

IL Dept. of Revenue  
Bankruptcy Section  
P.O. Box 19035  
Springfield, IL 62794-9035  

CEP America Illinois  
Wakefield & Assoc.  
P.O. Box 50250  
Knoxville, TN 37950-0250

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | )   Chapter 13 |
| KURT S. AND ESPERANZA M. | )   Case No. 19-08280 |
| MATHIASSON, | )   Judge: BARNES |
| | ) |
| Debtor(s). | ) |

## MOTION TO EXTEND TIME FOR DEBTOR
## TO FILE CLAIM ON BEHALF OF CREDITOR

NOW COMES, THE DEBTORS, KURT S. AND ESPERANZA M. MATHIASSON, by and through their attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On March 22, 2019, the Debtors filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on June 6, 2019.

3) That Marilyn O. Marshall was appointed Trustee in this case.

4) The Debtors' Chapter 13 plan provides for payments of $175.00 monthly for 60 months with an initial plan term of 60 months, with payments to the General Unsecured Creditors of 21% of their allowed claims.

5) The Debtors tried in good faith to list all of their creditors in the schedules filed with the Chapter 13 petition, but the debt owed to Northshore Pathology Consultants SC and Access Community Health Network were inadvertently omitted.

6) The deadlines for filing a proof of claim were May 31, 2019 for all creditors except governmental units, and September 18, 2019 for governmental units; and the time for Debtors to file

a proof of claim pursuant to Bankruptcy Rule 3004 has expired.

7) That the Debtors owed Northshore Pathology $763.00, as unsecured and Access Community Health Network $305.00, as unsecured.

8) The Debtor intends that the debt owed to Northshore Pathology Consultants SC and Access Community Health Network be paid through their Chapter 13 plan, and desires to file a claim on behalf of said creditors to provide for that payment.

9) The Debtors further seek that payment under the claim for said creditor be allowed, despite the expiration of the time for the filing of the proof of claim.

10) Payment of the debts owed to said creditors will not render the Debtor's Chapter 13 plan unfeasible, and will not unfairly impair the rights of the other creditors of the Debtor.

WHEREFORE, the DEBTORS, pray that this Honorable Court enter an Order to Extend time for Debtor to File Claim on Behalf of Creditor, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com