# United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Kurt S Mathiasson | ) | Chapter 13 |
| Esperanza M Mathiasson | ) | Case No. 19 B 08280 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Kurt S Mathiasson
Esperanza M Mathiasson
6605 N Talman Apt 2
Chicago, IL  60645

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On February 27, 2020 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, February 20, 2020.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On March 22, 2019, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on June 06, 2019, for a term of 60 months with payments of $175.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 11 | $1,750.00 | $1,400.00 | $350.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 02/20/2020
Due Each Month: $175.00
Next Pymt Due: 02/21/2020

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 04/26/2019 | 5809740000 | $200.00 | 06/07/2019 | 1100579294 | $175.00 |
| 08/05/2019 | 6071314000 | $175.00 | 08/06/2019 | 6071314000 | -$175.00 |
| 08/16/2019 | 1101210614 | $175.00 | 10/31/2019 | 1101790021 | $300.00 |
| 12/10/2019 | 1102020649 | $550.00 | | | |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE